DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WALTER A. BETANCOURT,**
Appellant,

v.

**PATRICIA EDWARDS,**
Appellee.

No. 4D18-1518

[February 6, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Joseph Murphy, III, Judge; L.T. Case No. DVCE 18-003088.

Walter A. Betancourt, Deerfield Beach, pro se.

Richard L. Rosenbaum of the Law Offices of Richard Rosenbaum, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.  See Fla. R. App. P. 9.315(a).*

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***